UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEDRIC JACKSON, <br><br> Plaintiff(s), <br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE, et al., <br><br> Defendant(s). | CASE NO. C25-0308-KKE <br><br> ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

The parties have filed a motion agreeing that Plaintiff's claims against Defendants shall be dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A), and that the parties shall each bear their own attorney's fees and costs. Dkt. No. 9. The Court GRANTS the motion and directs the Clerk to administratively close the case.

Dated this 8th day of April, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1